ROBERT WISNIEWSKI P.C.

ATTORNEYS-AT-LAW

40 WALL STREET, SUITE 2833 • NEW YORK, NY 10005
T EL: (212) 267-2101 • FAX: (646) 512-5603
W EBSITE: www.rwapc.com

January 12, 2020

Hon. Cheryl L. Pollak, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
       *VIA ECF*

**Re:     Criollo v. NY Fine Interiors Inc. et al**
          **Docket No.: 19-cv-05794 (EK) (CLP)**

Dear Judge Pollak,

      I represent the Plaintiff in the above-referenced letter. I write to object to Defendants'
untimely filing of a Sur-Reply in connection with Plaintiff's Motion for Default Judgment.

      Defendants requested this Court's permission to file a Sur-Reply, which Plaintiff
opposed. *See* Doc. No. 30–32.  Your Honor was kind enough to grant Defendants' request in a
text order, dated December 16, 2020, setting January 8, 2021 as the deadline for Defendants to
interpose the Sur-Reply. Defendants, however, ignored this deadline and, without any
explanation or excuse, made the highly anticipated filing today, January 12, 2021. *See* Doc. No.
33 and 34.  For this reason, this Court should disregard Defendants late filing altogether.

      I thank the Court for its attention to the above.

Sincerely,

*/s/ Robert Wisniewski*
Robert Wisniewski